PROB 12C
(6/16)

Report Date: August 22, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Roger Eugene Benson | Case Number: 0980 1:16CR02083-LRS-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: January 11, 2018 | |
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(c) |
| Original Sentence: | Prison - 34 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan M. McCalla |
| | Date Supervision Commenced: August 9, 2019 |
| Defense Attorney: | Jennifer  Barnes |
| | Date Supervision Expires: August 8, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On August 9 and 14, 2019, Mr. Benson provided urine samples, both of which tested positive for amphetamine/methamphetamine. |
| | Mr. Benson's conditions were reviewed with him on August 9, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 3, as noted above. |
| | On August 9 and 14, 2019  the defendant reported to the U.S. Probation Office.  Mr. Benson provided urine samples which he admitted would be positive for methamphetamine. Mr. Benson signed a drug use  admission  form, admitting use on or about August 7, 2019. The defendant verbally admitted continued  use occurred on or about August 11, 2019. Both specimens  collected were mailed to Alere Toxicology Services, who confirmed the samples contained methamphetamine. |

Prob12C
Re: Benson, Roger Eugene
August 22, 2019
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 22, 2019

s/Nicholas A. Bazan

Nick Bazan
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

08/23/2019
Date