PROB 12C
(6/16)

Report Date:  September 13, 2019

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 16, 2019**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roger Eugene Benson          Case Number: 0980 1:16CR02083-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 11, 2018

Original Offense:       Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(c)

Original Sentence:      Prison - 34 months;          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Meghan M. McCalla          Date Supervision Commenced: August 9, 2019

Defense Attorney:       Jennifer Rebecca Barnes     Date Supervision Expires: August 8, 2022

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 8/22/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On September 3 and 9, 2019, Mr. Benson failed to report to the U.S. Probation office as directed.

Mr. Benson's conditions were reviewed with him on August 9, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.

The undersigned and defendant exchanged text messages on September 2, 2019, confirming Mr. Benson would report to the probation office on September 3, 2019. On the aforementioned date, Mr. Benson failed to report.  This officer sent the defendant a voice mail and text message on September 6, 2019, to included a directive for the defendant to report to the U.S. Probation Office on September 9, 2019. On the aforementioned date, the defendant failed to report. On September 10, 2019, this officer attempted to reach the

Prob12C
**Re: Benson, Roger Eugene**
**September 13, 2019**
**Page 2**

defendant via phone, but the call was unable to connect.  A message informed this officer the phone number now had restrictions on incoming calls, which prevented the call from connecting.

3    **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Benson is considered to be in violation of his supervised release conditions by failing to complete a substance abuse evaluation as directed by his supervising officer on August 14, 2019.

Mr. Benson's conditions were reviewed with him on August 9, 2019.  He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 2, as noted above.

On August 14, 2019, Mr. Benson was directed to complete a drug and alcohol assessment. This officer confirmed the defendant was scheduled for an assessment on August 26, 2019. The undersigned made contact with the Yakama Nation's drug and alcohol program on August 29, 2019, and was informed without a release of information on file, the Yakama Nation could not release any information regarding the defendant.  To date, Mr. Benson has failed to provide this officer with a completed assessment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 13, 2019

s/Nicholas A. Bazan

Nicholas A. Bazan
U.S. Probation Officer

Prob12C
**Re: Benson, Roger Eugene**
**September 13, 2019**
**Page 3**

## THE COURT ORDERS

[ ]    No Action

[✓]    The Issuance of a Warrant

[ ]    The Issuance of a Summons

[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]    Defendant to appear before the Judge assigned to the case.

[✓]    Defendant to appear before the Magistrate Judge.

[ ]    Other

_____
Signature of Judicial Officer

_____09/16/2019_____
Date