PROB 12C
(6/16)

Report Date:  March 26, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 30, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roger Eugene Benson                    Case Number: 0980 1:16CR02083-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 11, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841 (a)(1), (b)(1)(c) |
| Original Sentence: | Prison - 34 months; TSR - 36 months |

|  |  |  |  |
|---|---|---|---|
| Original Sentence: | Prison - 34 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 9, 2019 | |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: August 8, 2022 | |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 23, and September 16, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**:  Mr. Benson is considered to be in violation of his conditions of supervised release by committing a new law violation on December 19, 2019.  Mr. Benson was charged with Assault 4th degree, Domestic Violence, in violation of Revised Code of Washington (RCW) 9A.36.041.2.

Mr. Benson's conditions were reviewed with him on August 9, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes mandatory condition number 1, as noted above.

According to the Union Gap Police Department (UGPD) narrative for incident report number 19U007025, the following occurred: On December 19, 2019, UGPD received a call alleging a woman fled  from a vehicle after being assaulted by Mr. Benson.  The offender and victim were driving together when an argument ensued.  The offender restrained the victim in the vehicle by placing his forearm on the victim, pressing her into the seat, then struck the victim with a closed fist several times as they drove.  The victim was able to flee

Prob12C
**Re: Benson, Roger Eugene**
**March 26, 2020**
**Page 2**

the vehicle to the security of a nearby store.  Photographs of the injuries were taken.  Mr. Benson is alleged to have left the area shortly before UGPD arrived.

Charges were sent to Yakima County District Court, under cause number 9Z0894982. Mr. Benson's next hearing is scheduled for June 18, 2020.

5          **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**:  Mr. Benson is considered to be in violation of his conditions of supervised release by committing a new law violation on March 13, 2020.  Mr. Benson was charged with Violating a No Contact/Protection Order, in violation of RCW  26.50.110.1.

Mr. Benson's conditions were reviewed with him on August 9, 2019.  He signed his conditions of supervision acknowledging an understanding of his conditions, which includes mandatory condition number 1, as noted above.

According to the Zillah Police Department (ZPD) narrative for incident report number 20Z0270, the following occurred: On March 13, 2020, ZPD received a call alleging a physical domestic altercation had taken place in Zillah, Washington. Upon arriving, officer's were advised the male suspect had fled the area.  Officers were able to locate Mr. Benson hiding behind shrubs, and arrested him without incident.  During the investigation, officers were unable to determine if physical violence had taken place, but learned Mr. Benson was in violation of an active no contact/protection order.

Mr. Benson was booked into the Sunnyside, Washington, Municipal Jail, and later released on bond.  Mr. Benson's next hearing is scheduled for April 8, 2020, in Zillah Municipal Court, under case number XZ0067716.

6          **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Benson is considered to be in violation of his conditions of supervised release by consuming methamphetamine on or about  March 5, 2020.

Mr. Benson's conditions were reviewed with him on August 9, 2019.  He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 3, as noted above.

On March 7, 2020, the undersigned officer conducted an unscheduled home visit.  Mr. Benson reported  he relapsed by consuming methamphetamine on or about March 5, 2020. On March 12, 2020, the offender reported to the United States Probation Office, acknowledging  he consumed  methamphetamine on or about  March 5, 2020,  by signing a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

**Prob12C**
**Re: Benson, Roger Eugene**
**March 26, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  | March 26, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the
     case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

03/30/2020

Date