PROB 12C
(6/16)

Report Date: April 30, 2020

# United States District Court

**for the**

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Roger Eugene Benson          Case Number: 0980 1:16CR02083-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 11, 2018

Original Offense:         Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841 (a)(1),
                          (b)(1)(C)

Original Sentence:        Prison - 34 months;              Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      Thomas J. Hanlon                 Date Supervision Commenced: August 9, 2019

Defense Attorney:         Jeremy B. Sporn                  Date Supervision Expires: August 8, 2022

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/23/2019, 9/16/2019, and 3/30/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

7                     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

                      **Supporting Evidence**: Mr. Benson is considered to be in violation of his conditions of supervised release by failing to report to the probation officer on April 27, 2020, as previously instructed.

                      Mr. Benson's conditions were reviewed with him on August 9, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.

                      On April 21, 2020, the undersigned officer made telephone contact with Mr. Benson providing reporting instructions for April 27, 2020, which he failed to do.

                      On April 27 and 28, 2020, the undersigned officer attempted to contact Mr. Benson via telephone, but was unable as the offender's phone number was not in service.

Prob12C
**Re: Benson, Roger Eugene**
**April 30, 2020**
Page 2

On April 29, 2020, the undersigned officer conducted an unscheduled home visit, discovering the offender had not been home for an unknown amount of time. As of the writing of this report, Mr. Benson's whereabouts is unknown.

8    **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Benson is considered to be in violation of his conditions of supervised release by failing to reside at a place approved by the probation officer on April 29, 2020.

Mr. Benson's conditions were reviewed with him on August 9, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which included standard condition number 5, as noted above.

On April 29, 2020, during a home visit, the undersigned officer was informed by a relative of Mr. Benson, that the offender left the home on an unknown date. The relative reported arriving at the residence the previous day, discovering it appeared Mr. Benson had been gone for some time. The relative is unaware of Mr. Benson's current living arrangements. As of the writing of this report, the offender's whereabouts is unknown.

9    **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Benson is considered to be in violation of his conditions of supervised release by failing to attend drug and alcohol treatment groups with Merit Resource Services (Merit) on April 23, 24, and 27, 2020.

Mr. Benson's conditions were reviewed with him on August 9, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which included special condition number 2, as noted above.

On April 27, 2020, a counselor at Merit, contacted the undersigned officer and reported Mr. Benson missed group on the above-mentioned dates. The undersigned officer attempted to contact the offender for follow-up on April 27, 28, and 29, 2020, but was unable to make contact. As of the writing of this report, the offender's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Benson, Roger Eugene**
**April 30, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 30, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

- [ ]  No Action
- [✓]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [✓]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

04/30/2020
Date