PROB 12C
(6/16)

Report Date: January 15, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Roger Eugene Benson          Case Number: 0980 1:16CR02083-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 11, 2018

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 34 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 11, 2020) | Prison - 6 months<br>TSR - 28 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: October 22, 2020 |
| Defense Attorney: | Jeremy B. Sporn |
| | Date Supervision Expires: February 21, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Benson is alleged to have violated his conditions of supervised release by failing to report as instructed on November 19, 25, and December 10, 2020. |
| | Per COVID-19 procedures, Mr. Benson's conditions of supervised release were verbally reviewed with him on October 22, 2020. He verbally acknowledged an understanding of his conditions, which includes standard condition number 2, as noted above. |
| | On November 18, 2020, the undersigned officer called both Mr. Benson and a relative of the offender, leaving a voicemail instructing Mr. Benson to report by telephone on November 19, 2020, which he did not do. |

Prob12C
**Re: Benson, Roger Eugene**
**January 15, 2021**
**Page 2**

        On November 20, 2020, the undersigned officer made telephone contact with a relative of the offender, requesting reporting instructions be delivered to Mr. Benson, instructing the offender to report by November 25, 2020, on which he failed to report. During follow up with the relative, this officer confirmed reporting instructions had been provided to the offender.

        On December 9, 2020, the undersigned attempted to make contact with Mr. Benson at his home. There was no response to my knocks at the door or after using the door bell. Written instructions were left at the residence, instructing Mr. Benson to report on December 10, 2020, which he did not do. As of the writing of this report, Mr. Benson has not made contact with the undersigned and his whereabouts is unknown.

2        **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Mr. Benson is alleged to have violated his conditions of supervised release by failing to complete a substance abuse evaluation on November 6, 2020.

        Per COVID-19 procedures, Mr. Benson's conditions of supervised release were verbally reviewed with him on October 22, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 2, as noted above.

        On October 22, 2020, during our initial contact, the undersigned officer instructed Mr. Benson to complete his substance abuse evaluation immediately.

        On October 28, 2020, the undersigned made telephone contact with Mr. Benson. The offender reported working on scheduling an intake appointment with the Yakama Nation's drug and alcohol treatment program.

        On October 29, 2020, Mr. Benson reported he was scheduled for a drug and alcohol assessment on November 6, 2020, at the aforementioned program, which he did not attend or reschedule with the provider. As of the writing of this report, Mr. Benson has not completed his drug and alcohol assessment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 15, 2021

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

Prob12C
**Re: Benson, Roger Eugene**
**January 15, 2021**
**Page 3**

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

January 15, 2021
Date